IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VALERIE LEAKS                      :         CIVIL ACTION

v.                                 :

SAVE A LOT, et al.                 :         NO. 13-5965

## ORDER

AND NOW, this _11_ day of _May_ , 2015, upon consideration of
defendants' Motion to Enforce Settlement Against Plaintiff, Valerie Leaks ("Motion," Doc. No.
31), and after careful review of the Report and Recommendation of United States Magistrate
Judge Thomas J. Rueter, ~~it is hereby~~ And No objection having been filed,

**IT IS** **ORDERED**

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.    The Motion is **GRANTED**; and

3.    Within ten days of the date of this Order, plaintiff shall execute the
Release of All Claims, attached to the Motion, and any other documents reasonably required to
finalize the settlement. Upon receipt of these documents, defendants shall pay the sum of
$30,000 in the manner as agreed to by the parties.

BY THE COURT:

EDUARDO C. ROBRENO,      J.